UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-10658

TRUSTEES OF PLUMBERS LOCAL 98 DEFINED BENEFIT PENSION FUND, ET. AL,

   Plaintiff(s),

-v-

LEMIEUX PLUMBING & SPECIALTIES, INC., ET. AL,

   Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on May 11, 2010.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
               UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for lack of progress pursuant to Local Rule 41.2 has been sent to counsel of record. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

                      s/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: May 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 11, 2010, by electronic and/or ordinary mail.

                      s/Marilyn Orem
                      Case Manager